HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorney for Defendant
ZACHARY BURTON LANE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-CR-00191 JAM |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| ZACHARY BURTON LANE, | |
| Defendant. | Date: December 10, 2019<br>Time: 9:15 a.m.<br>Judge: Hon. John A. Mendez |

It is hereby stipulated and agreed between plaintiff, United States of America, and defendant, Zachary Burton Lane, that the status conference scheduled for December 10, 2019, may be continued to February 4, 2020, at 9:15 a.m.

The parties are reviewing documents relevant to Mr. Lane's prior record and both parties continue to investigate issues bearing on resolution. The parties therefore agree that the status conference should be continued to February 4, 2020, and ask the Court to order time excluded under the Speedy Trial Act through that date in order to afford necessary time for effective preparation. The parties agree that the interests of

-1-

justice to be served by a continuance outweigh the best interests of Mr. Lane and the public in a speedy trial, and ask the Court to order time excluded through February 4, 2020, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (b)(iv).

Respectfully Submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: December 5, 2019   /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for ZACHARY BURTON LANE

McGREGOR SCOTT
United States Attorney

Dated: December 5, 2019   /s/ T. Zindel for P. Hemesath
PAUL HEMESATH
Assistant U.S. Attorney

**O R D E R**

The status conference is continued to February 4, 2020, at 9:15 a.m. The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial for the reasons stated above. Time is therefore excluded from the date of this order through February 4, 2020, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: December 6, 2019   /s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District Court Judge