# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| United States of America, | ) | |
|---|---|---|
| | ) | **REENTRY COURT PROGRAM** |
| v. | ) | |
| | ) | **FINDINGS AND RECOMMENDATION** |
| Zachary Burton Lane | ) | **AND ORDER FOR REENTRY COURT** |
| Defendant | ) | **JAIL SANCTION** |
| | ) | |
| | ) | Docket Number:   0972 2:19CR00191-001 |
| | ) | |

    On October 18, 2022, the defendant was accepted as a participant in the Reentry Court Program. The defendant has been found in violation of the conditions of his Supervised Release for Unlawful Use of a Controlled Substance for the second time. The Reentry Court Team has determined the defendant's violation conduct requires a jail sanction.

    It is therefore recommended that the defendant serve three days imprisonment, to commence on March 24, 2023 and ending on March 26, 2023.

    These findings and recommendations are submitted to the District Judge assigned to this action, pursuant to 28 U.S.C. § 636(b)(1)(B) and this Court's Local Rule 304 and shall be considered forthwith without the need for time to respond.

    March 21, 2023  
**Date**

*/s/ Allison Claire*  
ALLISON CLAIRE  
UNITED STATES MAGISTRATE JUDGE

    These Findings and Recommendations are hereby adopted and approved.  The defendant shall serve three days imprisonment, to commence on March 24, 2023 and end on March 26, 2023.  The defendant is ordered to self-surrender to the United States Marshal no later than 9 a.m. on March 24, 2023.

Dated: March 22, 2023

/s/ John A. Mendez  
THE HONORABLE JOHN A. MENDEZ  
SENIOR UNITED STATES DISTRICT JUDGE

(PACTS# 6939133)