TIMOTHY ZINDEL, #158377
P.O. Box 188976
Sacramento, CA  95818
Tel: (916) 704-2665
timzindel@gmail.com

Attorney for Defendant
ZACHARY LANE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>ZACHARY LANE,<br><br>  Defendant. | Case No. 2:19-cr-00191 JAM<br><br>**STIPULATION AND ORDER CONTINUING HEARING ON DISPOSITION**<br><br>Judge:  Hon. John A. Mendez<br>Date:   September 26, 2023<br>Time:   9:00 a.m. |

Plaintiff, United States of America, and defendant, Zachary Lane, hereby stipulate that the dispositional hearing scheduled for September 26, 2023, may be **CONTINUED** to October 17, 2023, at 9:00 a.m.  The probation officer has requested additional time to complete her dispositional report.

                                            Respectfully Submitted,

Dated:  September 20, 2023           */s/ Tim Zindel*
                                            TIMOTHY ZINDEL
                                            Attorney for ZACHARY LANE

|  |  |
|---|---|
|  | PHILIP A. TALBERT<br>United States Attorney |
| Dated:  September 20, 2023 | */s/ T. Zindel for E. Sauvageau*<br>EMILY SAUVAGEAU<br>Assistant U.S. Attorney |

**O R D E R**

The dispositional hearing is **CONTINUED** to **October 17, 2023, at 9:00 a.m.**

IT IS SO ORDERED.

|  |  |
|---|---|
| Dated: September 20, 2023 | /s/ John A. Mendez<br>THE HONORABLE JOHN A. MENDEZ<br>SENIOR UNITED STATES DISTRICT JUDGE |