UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED

October 17, 2023

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

ZACHARY BURTON LANE,

Defendant.

Case No.  2:19-cr-00191-JAM

**ORDER FOR RELEASE OF
PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  ZACHARY BURTON LANE , Case

No.  2:19-cr-00191-JAM , Charge 18 U.S.C. § 3606, from custody for the following

reasons:

_____ Release on Personal Recognizance

_____ Bail Posted in the Sum of $ _____

_____ Unsecured Appearance Bond $ _____

_____ Appearance Bond with 10% Deposit

_____ Appearance Bond with Surety

_____ Corporate Surety Bail Bond

___X___ (Other): **TIME SERVED.**

DATED: October 17, 2023         /s/ John A. Mendez
                                _____
                                THE HONORABLE JOHN A. MENDEZ
                                SENIOR UNITED STATES DISTRICT JUDGE