UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
May 07, 2024
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

ZACHARY BURTON LANE,

    Defendant.

Case No. 2:19-cr-00191-JAM

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  ZACHARY BURTON LANE , Case No. 2:19-cr-00191-JAM , Charge 18 U.S.C. § 3606, from custody for the following reasons:

    ___ Release on Personal Recognizance

    ___ Bail Posted in the Sum of $ _____

    ___ Unsecured Appearance Bond $ _____

    ___ Appearance Bond with 10% Deposit

    ___ Appearance Bond with Surety

    ___ Corporate Surety Bail Bond

    _X_ (Other): **Defendant shall be RELEASED forthwith. Defendant is ORDERED to appear for the Judgment and Sentencing on the TSR violation, set for June 04, 2024, at 9:00 AM, in person, in Courtroom 6, before Senior District Judge John A. Mendez.**

DATED: May 07, 2024

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE